UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

NATHANIEL PETER KENNISON,

                Petitioner,           Case No. 1:26-cv-1787

v.                                  Honorable Phillip J. Green

BRYAN MORRISON,

                Respondent.
_____/

### ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner is **GRANTED** leave to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that Petitioner's motion to appoint counsel (ECF No. 5) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.


Dated:  August 7, 2026           /s/ Phillip J. Green
                                       PHILLIP J. GREEN
                                       United States Magistrate Judge