UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

NATHANIEL PETER KENNISON,

            Petitioner,            Case No. 1:26-cv-1787

v.

                                  Honorable Phillip J. Green

BRYAN MORRISON,

            Respondent.

_____/

### **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to exhaust available state court remedies.


Dated:  August 7, 2026                 /s/ Phillip J. Green
                                      PHILLIP J. GREEN
                                      United States Magistrate Judge